FILED
CLERK, U.S. DISTRICT COURT

AUG 1 5 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>Keith Hendrickson,<br><br>　　　　　Defendant. | Case No.: 5:20-CR-243<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

　　　　(✓)　information in the Pretrial Services Report and Recommendation

　　　　(✓)　information in the violation petition and report(s)

　　　　(✓)　the defendant's nonobjection to detention at this time

　　　　(✓)　other: _proffered information_

1

1        and/ or

2    B. (X)    The defendant has not met his/her burden of establishing by clear and

3        convincing evidence that he/she is not likely to pose a danger to the safety

4        of any other person or the community if released under 18 U.S.C.

5        § 3142(b) or (c).  This finding is based on the following:

6            (X)    information in the Pretrial Services Report and Recommendation

7            (X)    information in the violation petition and report(s)

8            (X)    the defendant's nonobjection to detention at this time

9            (X)    other: _proffered information_

10

11    IT THEREFORE IS ORDERED that the defendant be detained pending the further

12    revocation proceedings.

13

14    Dated: August 15, 2022

15                                      SHERI PYM
                                   United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28